JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SHARON LA GUE, | CV 19-07983 PA (MRWx) |
|---|---|
| Plaintiff, | JUDGMENT |
| v. | |
| LOS FELIZ OIL, INC., et al., | |
| Defendants. | |

Pursuant to the Court's November 15, 2019 Minute Order dismissing Plaintiff's claims against Defendant Ramin Parnassizadeh for lack of prosecution and failure to comply with the Court's Order, and the Court's December 26, 2019 Minute Order dismissing Plaintiff's claims against Defendant Los Feliz Oil, Inc. for lack of prosecution and failure to comply with the Court's Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: December 26, 2019

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE